IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL GREGORY HEDGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 10-cv-553-DRH |
| | ) | |
| GUY D. PIERCE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**HERNDON, Chief Judge:**

On December 1, 2010, respondent Guy Pierce filed a motion to dismiss (Doc. 9). Specifically, respondent moved to dismiss petitioner Daniel Gregory Hedger's petition for a writ of habeas corpus as untimely.

On May 19, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Donald Wilkerson submitted a Report and Recommendation ("Report") recommending the Court grant the motion to dismiss (Doc. 16).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by June 6, 2011. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. Thomas v. Arn, 474 U.S. 140, 149-52 (1985).

The Court ADOPTS the Report in its entirety. The Court FINDS the petition is untimely and procedurally defaulted, and that petitioner has not provided sufficient justification to overcome the procedural bar. Therefore, respondent's motion to dismiss is GRANTED and the petition is DISMISSED with prejudice. Judgment to enter accordingly.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.07 15:16:10 -05'00'

**Chief Judge**
**United States District Court**