# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL GREGORY HEDGER,**

      **Petitioner,**

**v.**

**GUY D. PIERCE,**

      **Respondent.**               **No. 10-CV-553-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Donald G. Wilkerson..

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 7, 2011, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.----------------------------------------------------------------------------

                           **NANCY J. ROSENSTENGEL,**
                           **CLERK OF COURT**

                     **BY:**         **/s/*Sandy Pannier***
                           **Deputy Clerk**

Dated: June 7, 2011

Digitally signed by
David R. Herndon
Date: 2011.06.07
15:39:20 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT